# United States Court of Appeals
### For the Eighth Circuit

_____

No. 19-3444
_____

Clay Chastain,

*Plaintiff - Appellant*,

v.

JCK Legacy GUC Recovery Trustee,

*Defendant - Appellee*.
_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City
_____

Submitted: September 24, 2021
Filed: September 30, 2021
[Unpublished]
_____

Before COLLOTON, GRUENDER, and SHEPHERD, Circuit Judges.
_____

PER CURIAM.

In this diversity case, Clay Chastain appeals an order of the district court[1] dismissing his defamation action. After careful review of the record and the parties'

_____

[1]The Honorable David Gregory Kays, United States District Judge for the Western District of Missouri.

arguments on appeal, we conclude that the dismissal was proper for the reasons explained by the district court.  Accordingly, we affirm.  *See* 8th Cir. R. 47B.

_____